# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0976

———————————————

CHARLES E. LOVETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Union County.
James M. Colaw, Judge.

November 21, 2025

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Charles E. Lovett, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.